UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN WEST, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>NELSON ALVES, )<br>)<br>Respondent. )<br>) | Civil Action No. 1:22-CV-11044-RWZ |

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing Habeas Corpus Cases under Section 2254, the respondent, Nelson Alves, files the following supplemental answer to the petition for writ of habeas corpus.

                          Respectfully submitted,

                          MAURA HEALEY
                          Attorney General

                          /s/ Gabriel T. Thornton
                          Gabriel T. Thornton (BBO # 674402)
                          Assistant Attorney General
                          Criminal Bureau
                          One Ashburton Place
                          Boston, Massachusetts  02108
                          (617) 727-2200, ext. 2225
                          gabriel.thornton@mass.gov

Dated:  August 19, 2022

# **CONTENTS**

EXHIBIT NUMBER

Worcester Superior Court Docket Sheet,
*Commonwealth v. West*, No. 1285 CR 01476 ..........................................................................1

Supreme Judicial Court Docket Sheet,
*Commonwealth v. West*, No. SJC-12489................................................................................2

Brief for the Defendant,
*Commonwealth v. West*, No. SJC-12489................................................................................3

Record Appendix for the Defendant,
*Commonwealth v. West*, No. SJC-12489................................................................................4

Brief for the Commonwealth,
*Commonwealth v. West*, No. SJC-12489................................................................................5

*Commonwealth v. West*,
487 Mass. 794, 169 N.E.3d 1183 (2021)...................................................................................6

## **TRANSCRIPTS**

*Commonwealth v. West,*
No. 1285 CR 01476

Motion to Dismiss, August 1, 2014 ..............................................................................................7

Pretrial Motions, January 22, 2016..............................................................................................8

Pretrial Motions, January 25, 2016..............................................................................................9

Empanelment, Day 1, January 28, 2016 ...................................................................................10

Empanelment, Day 2, January 29, 2016 ...................................................................................11

Trial, February 1, 2016 ..............................................................................................................12

Trial, February 2, 2016 ..............................................................................................................13

Trial, February 3, 2016 ..............................................................................................................14

Trial, February 4, 2016 ..............................................................................................................15

Trial, February 9, 2016 ..............................................................................................................16

Trial, February 10, 2016 ........................................................................................................... 17

Trial, February 11, 2016 ........................................................................................................... 18

Sentencing, February 12, 2016 ................................................................................................. 19

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2022, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Gabriel T. Thornton
Gabriel T. Thornton