UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN WEST,

    Petitioner,

v.

NELSON ALVES,

    Respondent.

No. 22-cv-11044-NMG

## REPORT AND RECOMMENDATION ON PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254

CABELL, U.S.M.J.

### I. Introduction

Petitioner Steven West is serving a life sentence following his state court conviction for first-degree murder. Contending that his trial was infected by several constitutional errors, he moves pursuant to 28 U.S.C. § 2254 for a writ of habeas corpus reversing his conviction. (D. 1). After careful consideration of the record, the court finds the petition to be without merit and recommends that it be denied.

After consideration of Petitioner's objections thereto (Docket No. 25), Report and Recommendation is accepted and adopted.

NMGorton, SUSDJ 09/30/2025